UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING, (J98796) PETER ANDRIST,<br><br>Plaintiffs,<br><br>v.<br><br>M. BUNELL, L. JOHNSON, F. SCHROEDER, SGT. MAY, R. WENKER, CO HUMPHRIES, M. JIMENEZ, A. RALLS, R. COUCH, C. COMPTON, CO GOLDSMITH, R. O'BRIEN, AND SGT. STRATTON,<br><br>Defendants. | Case No.  2:12-cv-02440-AC<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[~~PROPOSED~~]<br><br>Judge:  Honorable Allison Claire |

The Court hereby grants the joint stipulation that defendants  B. HUMPHRIES, L. JOHNSON, A. RALLS and R. WENKER, have until March 21, 2013 to file a responsive pleading to plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: February 20, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
United States Magistrate Judge