1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   SHERMAN MANNING, (J98796)          Case No.  2:12-cv-02440-AC
     PETER ANDRIST,
12                                       **ORDER GRANTING STIPULATION**
                     Plaintiffs,         **FOR AN EXTENSION OF TIME TO**
13                                       **FILE RESPONSIVE PLEADING TO**
     v.                                  **PLAINTIFFS' FIRST AMENDED**
14                                       **COMPLAINT**
     M. BUNELL, L. JOHNSON, F.
15   SCHROEDER, SGT. MAY, R.             [~~PROPOSED~~]
     WENKER, CO HUMPHRIES, M.
16   JIMENEZ, A. RALLS, R. COUCH,        Judge:  Honorable Allison Claire
     C. COMPTON, CO GOLDSMITH,
17   R. O'BRIEN, AND SGT.
     STRATTON,
18
                     Defendants.
19

20

21        The Court hereby grants the joint stipulation that defendants  B.

22   HUMPHRIES, L. JOHNSON, A. RALLS and R. WENKER, have until March 21,

23   2013 to file a responsive pleading to plaintiffs' First Amended Complaint.

24        IT IS SO ORDERED.

25
     Dated: February 20, 2013          _allison Claire_
26                                     ~~ALLISON CLAIRE~~
27                                     United States Magistrate Judge

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4836-5672-4754 v1                - 1 -                    2:12-CV-02440-AC
                                                             ORDER EOT