IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERMAN MANNING and PETER ANDRIST,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 2:12-cv-2440 AC P<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS |

In accordance with the stipulation of the parties, and in the interest of judicial economy, the hearing on Defendants Goldsmith, May, Bunnell, Schroeder, Couch, Stratton, O'Brien, and Compton's motion to dismiss is continued from March 20, 2013, to April 10, 2013 at 10:00 a.m. in Courtroom 26.

Dated: March 8, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE