IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN MANNING &
PETER ANDRIST,

      Plaintiffs,                        No. 2:12-2440 MCE AC P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.                     ORDER

_____/

       Plaintiffs are proceeding through counsel with a civil rights action pursuant to 42 U.S.C. §1983. Plaintiff Manning, the lead plaintiff, is a state prisoner who has repeatedly submitted pro se filings even though he is represented by retained counsel. These improper filings have been returned to him or to his counsel. On May 8, 2013, Manning filed a document on his own behalf seeking an ex parte in camera hearing before the undersigned without the presence of counsel. This request will be denied. So long as plaintiff Manning is represented by counsel, he may communicate with the court only through counsel. Any future effort by plaintiff Manning to communicate directly with the court will be disregarded without further order until and unless plaintiff is no longer represented by counsel.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff Manning's pro se request for an ex parte in camera hearing (ECF No. 58) is denied;

2. So long as plaintiff Manning is represented by counsel, he must communicate with this court solely through counsel; and

3. Absent a change in the status of counsel, any future effort by plaintiff Manning to communicate directly with this court **will be disregarded without further order of the court**.

DATED: May 13, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
mann2440.ord

2