Jeffrey S. Kravitz  (SBN 186209)
KRAVITZ LAW OFFICE
6747 Fair Oaks Blvd
Carmichael, Ca 95608
PH:   916-553-4072
FAX: 916-553-4074
KravitzLaw@aol.com

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherman Manning, (State Prisoner #J98796) | 2:12-cv-2440 MCE AC (PC) |
| Plaintiffs, | {~~PROPOSED~~} ORDER RE: |
| vs. | STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS |
| L. Johnson, F. Schroeder, Sgt. May, R. Wenker, CO Humphries,  A. Ralls, R. Couch, R. Sgt. Stratton, and Captain O'Brien | CURRENT DATE SET FOR HEARING: MARCH 12, 2014 |
| Defendants | REQUESTED CONTINUED HEARING DATE: MARCH 19, 2014 |

ORDER

It having been stipulated to by the parties, the Court orders the hearing date for the Motion to Dismiss currently set for March 12, 2014 to be continued to March 19, 2014 in Department 26 at 10:00 a.m.

Dated: February 10, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

– 1