JEFFREY S. KRAVITZ  [SBN: 186209]
**KRAVITZ LAW OFFICE**
6747 Fair Oaks Blvd
Carmichael, CA 95608
Telephone:  (916) 553-4072
Facsimile:  (916) 553-4074
E-mail:      KravitzLaw@aol.com

Attorney for Plaintiff:
SHERMAN MANNING

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING<br><br>                    Plaintiff,<br><br>          v.<br><br>L.Johnson, Sgt. May, R.Wenker, CO Humphries, A. Ralls, R Couch, Sgt. Stratton.<br><br>                    Defendants. | Case No. 2:12-cv-2440<br><br>{Proposed] ORDER RE: REQUEST TO PLACE DOCUMENTS UNDER SEAL and HOLD HEARING *In Camera*<br><br>Date: June 4, 2014<br>Time: 10:00 a.m.<br>Ctrm: 26 |

        Good cause having been found it is now ordered that document

#'s 93, 95 and 96, shall be placed under seal.

DATED: May 27, 2014

_allison Clarie_

_____

Hon. Allison Claire
Magistrate Court Judge

-1-