UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING, | No. 2:12-cv-2440 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BUNNELL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner who has been proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 2, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 2, 2014, are adopted in full;

2. The motion to dismiss brought by defendants Schroeder, Stratton and O'Brien (ECF

1

1 No. 85) is granted in part and denied in part as follows:

2       a. Granted as to defendants Schroeder and O'Brien;

3       b. Granted as to Claim 1 against Defendant Stratton; and

4       c. Denied as to Claim 2 against defendant Stratton.

5 Dated: June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT