UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING; et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al.,<br><br>　　　　Defendants. | No. 2:12-CV-02440-MCE-AC<br><br><br>**ORDER** |

　　　The Court is in receipt of Plaintiff Sherman D. Manning's multiple motions for reconsideration (ECF Nos. 110, 111, 123) of the magistrate judge's order permitting his counsel to withdraw and denying Plaintiff's request for the appointment of new counsel. Pursuant to Eastern District of California Local Rule 303(f), Plaintiff is entitled to reconsideration if the magistrate judge's decision is either "clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

///

///

///

///

///

1  While Plaintiff clearly disagrees with the magistrate judge, he has failed to identify any
2  facts or law supporting his assertion that reconsideration is warranted.  Nothing in the
3  record indicates to this Court that the magistrate judge clearly erred or misapplied the
4  law.  Plaintiff's Motions (ECF Nos. 110, 111, 123) are thus DENIED.
5       IT IS SO ORDERED.
6  Dated:  July 11, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT