UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING, | No. 2:12-cv-2440 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BUNNELL, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se who seeks relief pursuant to 42 U.S.C. § 1983. By order filed on July 14, 2014, the district judge denied plaintiff's multiple motions for reconsideration of the order of the undersigned permitting plaintiff's counsel to withdraw and denying plaintiff's request for the appointment of new counsel. See Order at ECF No. 128. Nevertheless, plaintiff has filed a letter asking, once again, that the court reconsider the denial of appointment of counsel. See letter filed July 16, 2014, ECF No. 130. Plaintiff has been cautioned that frivolous filings in this matter will be disregarded and the court deems this repeated request frivolous. See Order at ECF No. 127.

    On the other hand, plaintiff also writes that he is "about to be thrown in the hole." ECF No. 130. He appears to be quite concerned that he will have no access to his legal mail or property in administrative segregation and asserts that he is bi-polar and has a history of decompensating when in ad seg. Id. He contends that on July 10, 2014 defendant Stratton

1

1  "assured" him that when plaintiff's cellmate leaves (on July 15, 2014), he will be "set up" with a
2  cellmate who will either rape him or accuse plaintiff of rape.  Id.   Defendant Stratton is also
3  alleged to have told plaintiff that when he goes from "the hole" to "suicide," his legal mail will be
4  stolen, he will have no telephone access and "we" will cause the instant case to be dismissed.  Id.
5  Plaintiff then segues into concerns that he cannot reach his ill father if he has no phone access.
6  Plaintiff indicates that he has filed an inmate appeal.

The court will require a response from defendant Stratton regarding plaintiff's allegations against him.  In addition, if plaintiff is to be confined in ad seg, defendants must inform the court that they have ascertained that plaintiff will be provided the requisite access to his legal mail and property to be able to proceed with this case.

Accordingly, IT IS ORDERED that:

1.  Plaintiff's renewed request for reconsideration of this court's order denying him appointment of counsel is deemed frivolous and is disregarded;

2.  Defendant Stratton is directed, within fourteen (14) days, to provide a response to plaintiff's allegations at ECF No. 130; and

3.  Defendants must inform the court within 14 days about the access to his legal mail and property that this pro se plaintiff will be provided for him to proceed in this case.

Dated: July 18, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2