UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. BUNNELL, et al.,<br><br>　　　　　　Defendants. | No.  2:12-cv-2440 MCE AC P<br><br><br>ORDER |

　　　　Plaintiff wrote a letter to the undersigned dated August 13, 2014, with the words "Emergency Motion!" written across the top.  Plaintiff is advised that a letter to the U.S. Magistrate Judge assigned to the case is not the proper way to present a motion.  All motions must be submitted to the Clerk for filing and served on the defendants.

　　　　Plaintiff seeks an order preventing his transfer to another institution.   Transfers are an ordinary incident of prison life.  Plaintiff's request for an order prohibiting his transfer is unsupported by any evidence that would support preliminary injunctive relief.  Accordingly, the August 13, 2014 letter will be disregarded.

　　　　IT IS SO ORDERED.

DATED: August 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1