UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING, | No. 2: 12-cv-2440 MCE AC P |
| Plaintiff, | |
| v. | |
| M. BUNNELL, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983. In a letter filed on August 27, 2014, which is headed "urgent" and "emergency," plaintiff indicates that he is "very depressed" and appears to be threatening to commit suicide by "hanging." ECF No. 151.[1] This letter was immediately followed by another, filed on August 28, 2014,[2] in which plaintiff also speaks of his potential imminent death. ECF No. 152. Although his statements are rambling and may be histrionic, the court does not feel at liberty to avoid giving his threats prompt consideration.

Accordingly, IT IS ORDERED that:

1. The Office of the Attorney General and Deputy Attorney General Kelli Hammond shall forthwith take any steps necessary to contact prison authorities and staff at California State

---

[1] Entered in case docket on August 28, 2014.
[2] Entered on docket on August 29, 2014.

1

Prison-Sacramento to ascertain plaintiff's condition in light of his apparent suicide threat and, within seven (7) days, to file a status report with the court;

    2. The Clerk of the Court is directed to fax a copy of this order to the Litigation Coordinator at California State Prison-Sacramento.

DATE: August 29, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE