UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING,<br><br>    Plaintiff,<br><br>  v.<br><br>M. BUNNELL, et al.,<br><br>    Defendants. | No. 2: 12-cv-2440 MCE AC P<br><br><br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983. By order filed on August 29, 2014, after reviewing letters from plaintiff that appeared to threaten suicide, the court directed Deputy Attorney General Kelli Hammond to immediately take any necessary steps to contact prison authorities and staff at California State Prison-Sacramento to ascertain plaintiff's condition. ECF No. 153. Counsel was directed to provide a status report within seven (7) days, which she has done. ECF No. 157. DAG Hammond has submitted a declaration signed by the Acting Chief of Mental Health at CSP-Sacramento, indicating that plaintiff had been "placed in the inpatient crisis unit following discovery of written material in his cell speaking about death or dying." ECF No. 156-1, Declaration of R. Wheeler ¶ 3. Plaintiff was evaluated and was "found not to present with suicidal ideation." Wheeler Dec. ¶ 4. Plaintiff disavowed any intent to commit suicide, requested a return to his housing unit and was released to his general population housing unit as of September 3, 2014. Id., ¶¶ 4-5.

1

Accordingly, IT IS ORDERED that the response by Deputy Attorney General Kelli Hammond on September 5, 2014 has discharged the August 29, 2014 order.

DATED: September 9, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE