UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BUNNELL, et al.,<br><br>    Defendants. | No.  2:12-cv-2440-MCE-AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2014, the magistrate judge filed findings and recommendations herein, ECF No. 146, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly:

1. The findings and recommendations filed August 20, 2014, ECF No. 146, are ADOPTED IN FULL; and

2. Plaintiff's Motion for Court Order and Motion for Temporary Restraining Order, ECF No. 135, are DENIED.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT