IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERMAN MANNING,** | Case No. 2:12-cv-2440 MCE AC P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **L. JOHNSON, SERGEANT MAY, R WENKER, CO HUMPHRIES, A. RALLS, R. COUCH, AND SERGEANT STRATTON,** | |
| Defendants. | |

   Based upon request of Defendants May, Couch, and Stratton, the Court's *in camera* review of Exhibit C to Defendants' Statement of Undisputed Facts, and good cause appearing,

   IT IS ORDERED that the Clerk of Court shall file under seal Exhibit C to Defendants' Statement of Undisputed Facts.

Dated: November 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-2440 MCE AC P)