UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING, | No. 2:12-cv-02440 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BUNNELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983. In a letter filed on March 6, 2015, plaintiff indicates that he "feel[s] like committing suicide" and is "extremely close to giving up." ECF No. 219.[1]  Although his statements are rambling and may be histrionic, the court cannot ignore such statements.

Plaintiff has also filed several letters in which he alleges that correctional officers have physically and sexually assaulted him (ECF Nos. 213, 214, 218) and deliberately withheld, destroyed, or stolen his legal property (ECF Nos. 211-213) to encourage him to drop this lawsuit. The court will direct the Attorney General's Office to investigate these allegations and report to the court on its findings.

////

---

[1] Entered in case docket on March 9, 2015.

1

Plaintiff additionally alleges that defendant Stratton, specifically, is harassing him. ECF Nos. 195, 196, 198, 200, 211. Plaintiff alleges that Stratton has (1) forced him to stop taking his medications for his valley fever (ECF Nos. 195, 198); (2) threatened to have him assaulted by other inmates (ECF No. 196, 200); (3) is interfering with his non-legal mail (ECF No. 200); and (4) orchestrated his transfer to administrative segregation (ECF No. 211). The court will require a response from defendant Stratton regarding plaintiff's allegations against him.

Accordingly, IT IS ORDERED that:

1. The Office of the Attorney General and Deputy Attorney General Kelli Hammond shall forthwith take any steps necessary to contact prison authorities and staff at California Substance Abuse Treatment Facility to ascertain plaintiff's condition in light of his apparent suicide threat and, within seven (7) days, file a status report with the court.

2. The Clerk of the Court is directed to fax a copy of this order to the Litigation Coordinator at California Substance Abuse Treatment Facility.

3. The Office of the Attorney General and Deputy Attorney General Kelli Hammond are further directed to investigate and report to the court regarding plaintiff's allegations that correctional officers have physically and sexually assaulted him (ECF Nos. 213, 214, 218) and deliberately delayed, destroyed, or stolen his legal property (ECF Nos. 211-213) within fourteen days of the filing of this order.

4. Defendant Stratton is directed to provide a response to plaintiff's allegations, as identified above, within fourteen days of the filing of this order.

DATED: March 11, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE