UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING, | No. 2:12-cv-02440 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BUNNELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983. In a letter filed on March 26, 2015, plaintiff indicates that he is going to commit suicide by hanging himself or cutting his wrists. ECF No. 231.[1] This is not plaintiff's first threat of suicide. ECF Nos. 151, 152, 219. Given the seriousness of plaintiff's threats, the court will order that within twenty-four hours of receiving this order, the Office of the Attorney General and Deputy Attorney General Kelli Hammond shall ensure plaintiff's letter (ECF No. 231) is forwarded to the appropriate mental health staff at the institution at which he is incarcerated. In the event plaintiff files further threats of suicide or self-harm in this case, the Office of the Attorney General and Deputy Attorney General Kelli Hammond shall ensure that they are

////

---

[1] Entered in case docket on March 27, 2015.

1

forwarded to the appropriate mental health staff at plaintiff's then current location within twenty-four hours of receipt.

In light of the ongoing duty imposed on the Office of the Attorney General in this regard, the court will not otherwise address any further threats of suicide or self-harm by plaintiff.

Accordingly, IT IS ORDERED that:

1. The Office of the Attorney General and Deputy Attorney General Kelli Hammond shall ensure plaintiff's letter (ECF No. 231) is forwarded to the appropriate mental health staff at the institution at which he is incarcerated within twenty-four hours of receiving this order.

2. The Clerk of the Court is directed to fax a copy of this order to the Litigation Coordinator at California State Prison, Corcoran.

3. The Office of the Attorney General and Deputy Attorney General Kelli Hammond shall forward any future threats of suicide or self-harm to the appropriate mental health staff at plaintiff's then current location within twenty-four hours of receipt.

DATED: March 27, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE