IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN MANNING and PETER ANDRIST,<br><br>Plaintiffs,<br><br>v.<br><br>M. BUNELL, L. JOHNSON, F. SCHROEDER, SERGEANT MAY, R WENKER, CO HUMPHRIES, M. JIMENEZ, A. RALLS, R. COUCH, R. O'BRIEN, AND SERGEANT STRATTON,<br><br>Defendants. | Case No. 2:12-cv-2440 MCE AC P<br><br>[PROPOSED] ORDER |

Based upon request of Defendants May, Couch, and Stratton, the Court's *in camera* review of Exhibits A and D to Defendants' Response to the Court's Order, and good cause appearing,

IT IS ORDERED that the Clerk of Court shall file under seal Exhibits A and D to Defendants' Response to the Court's Order.

DATED: April 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-2440 MCE AC P)