UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN D. MANNING, | No. 2:12-cv-2440 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BUNNELL, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 15, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 252.  Plaintiff has filed several documents that are not identified as objections to the findings and recommendations, but that could be considered objections to the findings and recommendations.  See ECF Nos. 256, 260, 261, 263, 268.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

analysis.

1. The findings and recommendations filed May 15, 2015 (ECF No. 252), are ADOPTED in full; and

2. Plaintiff's requests for preliminary injunctive relief (ECF Nos. 195, 196, 198, 200, 211, 212, 213, 214, 218, 226, 227) are DENIED.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT