UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN D. MANNING,
    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.
    Defendants.

No. 2:12-cv-2440 MCE AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Sherman Manning, inmate #J-98796, a necessary and material witness in a settlement conference in this case on October 19, 2015, is confined in R.J. Donovan Correctional Facility, 480 Alta Rd., San Diego, CA 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom #24, United States District Courthouse, 501 I Street, Sacramento, California on October 19, 2015, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above for a settlement conference in United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of R.J. Donovan Correctional Facility, 480 Alta Rd., San Diego, CA 92179:**

    **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 13, 2015

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE