# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SHERMAN D. MANNING,  No. 2:12-cv-2440 MCE AC P
        Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF  **AMENDED**
CORRECTIONS AND  **ORDER & WRIT OF HABEAS CORPUS**
REHABILITATION, et al.,  **AD TESTIFICANDUM**
        Defendants.
_____/

    Sherman Manning, inmate #J-98796, a necessary and material witness in a settlement conference in this case on October 19, 2015, is confined in R.J. Donovan Correctional Facility, 480 Alta Rd., San Diego, CA 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, to appear by video-conferencing from R.J. Donovan Correctional Facility, on Monday, October 19, 2015 at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. This shall amend the writ issued August 13, 2015.

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video-conference at the time and place above, until completion of the settlement conference or as ordered by the court.

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of R.J. Donovan Correctional Facility, 480 Alta Rd., San Diego, CA 92179:**

    **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United State District Court at the time and place above by video-conferencing, until completion of the settlement conference or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 26, 2015

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE