CASE 2:12-CV-2440-MCE
Case 2:12-cv-02440-MCE-AC   Document 337   Filed 02/09/16   Page 1 of 2
FILED
FEB -9 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF
BY ____
DEPUTY CLERK

To: Judge Allison Claire

Dear Judge: I have an entire chapter about you in my new book "The Truth About O.J. Simpson"! It tells how biased you are in favor of C.D.C. I call for you to be disbarred in my new book. My team "shall" send you a gratis copy upon request... Your chapter is titled:

"Allison Claire"

Respectfully,

CC: Morrison England & Jerry Brown et al

Watch The Truth About O.J. Simpson on the FX Network.

Read The Truth About O.J. Simpson by Sherman D. Manning.

This stunning book is available on AMAZON.COM.

Sherman D. Manning is a world leading authority on criminal Justice and a keynote speaker.

